UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAMELA K. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:12-cv-1285- SEB-TAB |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 21 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds that said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, Plaintiff's request that her case be remanded for further administrative proceedings is GRANTED and this case is REMANDED to the Commissioner for further consideration. A new ALJ should be appointed, one who will take the necessary steps to clarify Dr. Hehner's diagnosis of RSD, including making a direct request to Dr. Hehner for additional records or a more detailed report. In the event that neither can be obtained, the ALJ should request that Dr. Hehner explain his reasons for rendering his diagnosis.

IT IS SO ORDERED.

Date: 01/06/2014

*[signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov