UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PAMELA K. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-01285-SEB-TAB |
| | ) | |
| CAROLYN W. COLVIN Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| SSA (Court Use Only), | ) | |
| | ) | |
| Miscellaneous. | ) | |
| | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on
Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act
(EAJA), 28 U.S.C. Subsection 2412(d). The parties were afforded due
opportunity pursuant to statute and the rules of this Court to file objections;
none were filed. The Court, having considered the Magistrate Judge's Report
and Recommendation, hereby adopts the Magistrate Judge's Report and
Recommendation.

Date: 9/8/2014

_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:


Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
tom.kieper@usdoj.gov